United States Bankruptcy Court
Northern District of Illinois
Eastern

IN RE: Wojciech Gieras                            Case No. 23-05736

                        Debtor(s)

       In accordance with Federal Rule of Bankruptcy Procedure 3004, you are notified that the
Debtor    has submitted a Proof of Claim for you in the amount of $7,111.83   , Claim# 6    .

                              Claimant

                    Name          Cambridge Place Condominium Association
                    Address       3041 Woodcreek Dr., Suite 100
                    City, State Zip  Downers Grove, IL 60515

Date: __August 1, 2023_____


                                        Jeffrey P. Allsteadt, Clerk



                                        _Kenisha LeSure_____
                                        Deputy Clerk

Updated 7/28 KCN